```
         IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF MARYLAND
```

CHOICE HOTELS INTERNATIONAL, INC. :

   v.                                     : Civil Action No. DKC 2003-2714

CHI-TSAI HOTEL, LLC, et al     :

**MEMORANDUM OPINION**

Presently pending and ready for resolution is the unopposed motion for attorneys' fees filed by Choice Hotels.

In this court's opinion denying the motion to vacate and confirming the arbitration award in favor of Choice, the court granted the request for attorneys' fees and directed Choice to file a properly supported petition. It has done so. Counsel's affidavit states that 13.1 hours were devoted to identified tasks in this case, and again seeks compensation at $ 150 per hour. That hourly rate has already been approved in this case, and the time spent on the various tasks is reasonable. The costs sought, $265.42, are not specified or supported by documentation. The filing fee of $150 appears on the docket and will be allowed. Because the other $115.42 in costs are not substantiated, they will be deducted. A separate order will be entered.

                                                        /s/
                                      DEBORAH K. CHASANOW
                                      United States District Judge